Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA MORALES,** | ) Case No. 2:12-cv-07175-TON |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITHOUT** |
| vs. | ) **PREJUDICE** |
| | ) |
| **THE RESOURCE CENTER, INC.,** | ) |
| | ) |
| Defendant. | ) |

_____

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 28th day of May, 2013.

By:  s/Cynthia Z. Levin
     Cynthia Z. Levin, Esq. (PA 27050)
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

1
2  Filed electronically on this 28th day of May, 2013, with:
3  United States District Court CM/ECF system
4
5
   By: s/Cynthia Z. Levin
6       Cynthia Z. Levin
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28